

# THE THIRTEENTH COURT OF APPEALS

---

13-21-00411-CV

---

In the Interest of O.O. Jr., a child

---

On Appeal from the
County Court at Law No. 2 of Nueces County, Texas
Trial Court Cause No. 2019-FAM-61254-5

---

## JUDGMENT

This Court's judgment issued on May 5, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, due to appellants' inability to pay costs.

We further order this decision certified below for observance.

May 17, 2022